# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.           CR207-00064-001

Brandon Gene Stites

On May 29, 2008, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Brandon Gene Stites be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 5th day of June, 2008.

James E. Graham  
United States Magistrate Judge